249-14

# ELECTRONIC RECORD

COA # 14-12-00876-CR

OFFENSE:Murder

STYLE: Joe Amos Shaw v The State of Texas

COUNTY:Harris

COA DISPOSITION: Affirmed as Modified

TRIAL COURT: 178th District Court

DATE: January 23, 2014     Publish: Yes

TC CASE #: 1292395

## IN THE COURT OF CRIMINAL APPEALS

249-14

STYLE: Joe Amos Shaw v The State of Texas

CCA # _____

_____ State's _____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

___ STRUCK ___

DATE: 06/04/2014

JUDGE: per Curiam

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

-------------------------

___ STATE'S ___ PETITION

FOR DISCRETIONARY REVIEW

IS granted & remanded

DATE 8-20-2014

___ PC ___

**JUDGE**

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**